IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOCELYN EARNEST, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 9:23-CV-00110 JUDGE MICHAEL J. TRUNCALE |
| SITEL OPERATING CORPORATION, | § § § | |
| *Defendants.* | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation to Dismiss with Prejudice. [Dkt. 22]. The Parties are seeking to dismiss with prejudice all of Plaintiff's claims asserted against Defendant herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 27th day of December, 2023.

*[signature]*
Michael J. Truncale
United States District Judge